# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

TONY F. CALHOUN, )
)
    Movant, )
)
v. ) No. 4:17-CV-2342 JCH
)
UNITED STATES OF AMERICA, )
)
    Respondent, )

## MEMORANDUM AND ORDER

Before the Court is movant's motion to stay this action pending the Eighth Circuit's *en banc* decision in *United States v. Naylor*, No. 16-2047 (8th Cir.). The Court will grant movant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to stay this action pending the Eighth Circuit's *en banc* decision in *United States v. Naylor*, No. 16-2047 (8th Cir.) [Doc. #3] is **GRANTED**.

**IT IS FURTHER ORDERED** that movant must give notice to the Court within twenty-eight (28) days of the Eighth Circuit's decision in *Naylor*.

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively close this case.

Dated this   18th   day of September, 2017.

    \s\ Jean C. Hamlton
    JEAN C. HAMILTON
    UNITED STATES DISTRICT JUDGE